

RECEIVED
LAKE CHARLES

SEP 27 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICHARD ABCO** | : | **DOCKET NO. 10-0196**<br>**SECTION "P"** |
| **VS.** | : | **JUDGE MINALDI** |
| **PHILLIP MILLER** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that Respondent's Motion to Dismiss be **GRANTED**.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 27 day of Sept 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE